

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-14-00656-CV

**IN RE FAMILY DOLLAR STORES OF TEXAS, LLC,**
A Texas Limited Liability Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                 Rebeca C. Martinez, Justice
                 Luz Elena D. Chapa, Justice

On September 18, 2014, relator filed a petition for writ of mandamus. On November 24, 2014, this court issued an order abating the mandamus proceeding for the parties to participate in mediation. On February 17, 2015, the real party in interest filed a motion seeking to lift the abatement, dismiss the mandamus proceeding as moot, and direct the trial court to set the underlying matter for trial. **The relator is ORDERED to file a response to the real party in interest's motion in this court no later than February 27, 2015.**

It is so **ORDERED** on February 20, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 391473, styled *2444 Babcock, Ltd., a Texas Limited Partnership v. Family Dollar Stores of Texas, LLC, a Texas Limited Liability Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.